Ryan P. Steen, AK Bar No. 0912084
Beth S. Ginsberg, Admitted *Pro Hac Vice*
Jason T. Morgan, Admitted *Pro Hac Vice*
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, Washington 98101
(206) 624-0900 (phone)
(206) 386-7500 (facsimile)

*Attorneys for United Cook Inlet Drift Association and Cook Inlet Fishermen's Fund*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED COOK INLET DRIFT ASSOCIATION AND COOK INLET FISHERMEN'S FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, ET AL.,<br><br>Defendants. | Case. No. 3:13-cv-00104-TMB<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS |

Upon consideration of *Plaintiffs' Application for an Award of Attorneys' Fees and Costs*, IT IS SO ORDERED that Plaintiffs' application is GRANTED. The Federal Defendants are ORDERED to pay Plaintiffs $488,783 in attorney and professional fees and $12,893.09 in costs, as well as any reasonable fees and costs incurred after October 24, 2017. Plaintiffs may supplement their application to identify and request additional fees and costs incurred after October 24, 2017.

Dated at Anchorage, Alaska, this ____ day of _____, 2017.

_____
The Honorable Timothy M. Burgess
United States District Court Judge