# WAIVER

## Supreme Court of the United States

No. 16-1044

Alaska     v.     United Cook Inlet Drift Association, et al.

(Petitioner)             (Respondents)

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

Please check the appropriate boxes:

☐   Please enter my appearance as Counsel of Record for all respondents.

☒   There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):

United Cook Inlet Drift Association, and Cook Inlet Fishermen's Fund
_____

☒   I am a member of the Bar of the Supreme Court of the United States.

☐   I am not presently a member of the Bar of this Court. Should a response be requested, the response will be filed by a Bar member.

Signature _____

Date:   March 23, 2017

(Type or print) Name   **Jason T. Morgan**

☒ Mr.     ☐ Ms.     ☐ Mrs.     ☐ Miss

Firm   **Stoel Rives LLP**

Address   **600 University Street, Suite 3600**

City & State   **Seattle, WA**     Zip   **98101**

Phone   **206-386-7581**

SEND A COPY OF THIS FORM TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

Cc:   **Seth M. Beausang**
      **Coby Howell**
      **Ellen J. Durkee**

Obtain status of case on the docket. By phone at 202-479-3034 or via the internet at http://www.supremecourtus.gov. Have the Supreme Court docket number available.

**Exhibit D - 1**