Supreme Court of the United States  
Office of the Clerk  
Washington, DC 20543-0001

RECEIVED  
JUN 05 2017  
Stoel Rives LLP

Scott S. Harris  
Clerk of the Court  
(202) 479-3011

May 30, 2017

Mr. Jason T. Morgan  
Stoel Rives LLP  
600 University Street  
Suite 3600  
Seattle, WA 98101

    Re:  Alaska  
         v. United Cook Inlet Drift Association, et al.  
         No. 16-1044

Dear Mr. Morgan:

    Although your office has waived the right to file a response to the petition for a writ of certiorari in the above case, the Court nevertheless has directed this office to request that a response be filed.

    Forty printed copies of your response, together with proof of service thereof, should be filed on or before June 29, 2017.

    Your attention is directed to the provisions of Rule 33 of the rules of this Court. Please note that the color of the cover of your brief should be orange.

                       Sincerely,

                       Scott S. Harris  
                       Clerk

cc:  Seth M. Beausang  
      Jeffrey B. Wall